**Opinion issued December 23, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

**NO. 01-25-00769-CV**

---

**ABDULLAH HAKEEM OLAJUWON, Appellant**
**V.**
**KIANA AKHLAGHI, Appellee**

---

**On Appeal from 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 24-DCV-313558**

---

## MEMORANDUM OPINION

Appellant, Abdullah Hakeem Olajuwon, has neither established indigence, nor paid all the required fees. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041 (listing fees in court of appeals); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts

of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). Appellant was notified by the Court that this appeal would be subject to dismissal—unless he timely informed the Court in writing as to why he should not pay the fee, or actually pays the fee. Appellant never responded as requested by the Court. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

As a result, we dismiss this appeal due to the nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.